WILLIAM H. HARDING, Appellant, v. DANIEL B. CAVANAUGH, Respondent. — Judgment and order affirmed, with costs. New trial to be had in Municipal Court of Syracuse on the 19th day of December, 1917, at ten A. M. All concurred.

KEZIA HARRINGTON, Respondent, v. MYRNA SCHILLER, Defendant, and CHARLES A. WHITE, as Administrator, etc., and Another, Appellants.— Judgment reversed and new trial granted, with costs to appellants to abide event. Held, that the testimony of plaintiff and of the witness, Myrna Schiller, tending to show a delivery of the deed by Mrs. Schiller in her lifetime to the plaintiff, and as to other personal transactions between them, or either of them, and Mrs. Schiller in her lifetime, was incompetent under section 829 of the Code of Civil Procedure. All concurred.

FRANK SULLIVAN SMITH, Individually and as Receiver, etc., Respondent, v. PACIFIC IMPROVEMENT COMPANY and Another, Appellants, Impleaded with Others.— Order granting injunction reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to the plaintiff to renew the application at Special Term. Held, that plaintiff should have been required to give security as is provided by section 620 of the Code of Civil Procedure and that the amount thereof should be sufficient to fully indemnify the defendants against any loss by reason of granting the injunction. In view of this disposition it is unnecessary for us to pass upon the appeal from the order denying the motion to vacate, and the appeal from that order is dismissed. All concurred.

JOSEPH CANGIMILA, by MARY GALLO, His Guardian ad Litem, Appellant, v. E. W. EDWARDS & SON, Respondent.— Judgment of County Court reversed and judgment of Municipal Court affirmed, with costs to plaintiff in this court and in the County Court. Held, that the presumption of negligence on the part of defendant arising from the nature of the accident was not so met by evidence in favor of defendant as to have required the trial court to hold as matter of law that the plaintiff could not recover and we do not think the decision of the trial court was against the weight of the evidence. All concurred.

CHARLES CANGIMILA, Appellant, v. E. W. EDWARDS & SON, Respondent. — Judgment of County Court reversed and judgment of Municipal Court affirmed, with costs to plaintiff in this court and in the County Court, upon the grounds stated in the decision in the case of *Cangimila* v. *Edwards & Son* (*ante*, p. 968), decided herewith. All concurred.

EVA MILLER SZKLARSKI, as Administratrix, etc., Respondent, v. THE CANADIAN NIAGARA POWER COMPANY, LTD., Appellant.— Judgment and order affirmed, with costs. All concurred.

JOHN MAYER and Another, Respondents, v. MICHIGAN CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concurred.